Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  14−10520−KCF
          Chapter:  13
          Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ryan Wagner
   aka Ryan R. Wagner, aka Ryan M. Wagner
   339 Crescent Drive
   Bordentown, NJ 08505

Social Security No.:
   xxx−xx−2193

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/27/17.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 27, 2017
JAN: slf

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-10520-KCF
Ryan Wagner                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jan 30, 2017
                              Form ID: 148             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2017.
```
db              +Ryan Wagner,    339 Crescent Drive,    Bordentown, NJ 08505-2259
514467120        AXA Equitable,    Post Office Box 4956,    Syracuse, NY 13221-4956
514467124       +Federal Loan Service,    Post Office Box 69184,    Harrisburg, PA 17106-9184
514467126        Home Depot,    Post Office Box 790328,    Saint Louis, MO 63179-0328
514467128       +Mercer County Teachers FCU,    2271 State Highway 33,    Hamilton Square, NJ 08690-1749
514467129       +Olena Wagner,    339 Crescent Drive,    Bordentown, NJ 08505-2259
514920202       +Wells Fargo Bank, NA,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                  Mountainside, NJ 07092-2315
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 31 2017 02:26:36      U.S. Attorney,   970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 31 2017 02:26:32      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr              +EDI: WFFC.COM Jan 31 2017 01:53:00      Wells Fargo Bank, N.A.,   Attn: Bankruptcy Dept.,
                  MAC#D3347-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
514467121        EDI: BANKAMER.COM Jan 31 2017 01:53:00      Bank of America,   Post Office Box 982235,
                  El Paso, TX 79998
514467122       +EDI: CHASE.COM Jan 31 2017 01:53:00      Chase,   Post Office Box 15298,
                  Wilmington, DE 19850-5298
514729746       +EDI: CITICORP.COM Jan 31 2017 01:53:00      Citibank, N.A.,   701 East 60th Street North,
                  Sioux Falls, SD 57104-0493
514467123        EDI: DISCOVER.COM Jan 31 2017 01:53:00      Discover Financial Services,   Post Office Box 15316,
                  Wilmington, DE 19850
514653657        EDI: DISCOVER.COM Jan 31 2017 01:53:00      Discover Bank,   DB Servicing Corporation,
                  PO Box 3025,    New Albany, OH  43054-3025
514467125       +EDI: RMSC.COM Jan 31 2017 01:53:00      GE Capital Retail Bank,   Attn: Bankruptcy Dept.,
                  PO Box 103106,    Roswell, GA 30076-9106
514467127       +EDI: RMSC.COM Jan 31 2017 01:53:00      Lowe's/GECRB,   Attn: Bankruptcy Department,
                  Post Office Box 103104,    Roswell, GA 30076-9104
516346463       +EDI: Q3G.COM Jan 31 2017 01:53:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                  PO Box 788,    Kirkland, WA 98083-0788,    Quantum3 Group LLC as agent for,
                  MOMA Funding LLC 98083-0788
514775995        EDI: Q3G.COM Jan 31 2017 01:53:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                  PO Box 788,    Kirkland, WA  98083-0788
516533838        EDI: WFFC.COM Jan 31 2017 01:53:00      WELLS FARGO BANK, N.A.,   Wells Fargo Bank, N.A.,
                  Default Document Processing,    MAC N9286-01Y,    1000 Blue Gentian Road,   Eagan MN 55121-7700
514467130       +EDI: WFFC.COM Jan 31 2017 01:53:00      Wells Fargo,   Post Office Box 10335,
                  Des Moines, IA 50306-0335
514766224        EDI: WFFC.COM Jan 31 2017 01:53:00      Wells Fargo Bank NA,   PO Box 10438,
                  Des Moines IA    50306-0438
514467131        EDI: WFFC.COM Jan 31 2017 01:53:00      Wells Fargo Card Services,   Post Office Box 10347,
                  Des Moines, IA 50306-0347
514916541       +EDI: WFFC.COM Jan 31 2017 01:53:00      Wells Fargo Card Services,   1 Home Campus,   3rd Floor,
                  Des Moines, IA 50328-0001
514467132       +EDI: WFFC.COM Jan 31 2017 01:53:00      Wells Fargo Financial National Bank,
                  Post Office Box 10475,    Des Moines, IA 50306-0475
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Wells Fargo Bank, NA
516346462*       Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                              TOTALS: 1, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                           Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2           Date Rcvd: Jan 30, 2017
                              Form ID: 148               Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Allen I Gorski    on behalf of Debtor Ryan   Wagner agorski@gorskiknowlton.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi dstraffi1@comcast.net,
               dstraffi@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A.
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
                                                                                            TOTAL: 7
```