Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 14−10520−KCF
                Chapter: 13
                Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ryan Wagner
   aka Ryan R. Wagner, aka Ryan M. Wagner
   339 Crescent Drive
   Bordentown, NJ 08505

Social Security No.:
   xxx−xx−2193

Employer's Tax I.D. No.:

**FINAL DECREE**

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 13, 2017</u>                <u>Kathryn C. Ferguson</u>
                                        Judge, United States Bankruptcy Court